JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEARY TURNER,<br><br>        Petitioner,<br><br>    v.<br><br>C. DUCART, WARDEN OF PELICAN BAY STATE PRISON,<br><br>        Respondent. | CASE NO. CV 16-432-DMG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: January 27, 2016

 

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE